SIDNEY R. KLAR et al., Respondents, *v.* H. & M. PARCEL ROOM, INC., Appellant.

Submitted April 9, 1947; decided May 15, 1947.

*Travers E. Devlin* and *John E. Buck* for appellant.

*Horace G. Marks* and *George Landesman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.